**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL MILTON,**<br>**Plaintiff,**<br><br>**v.**<br><br>**WASHINGTON MEDIA INSTITUTE,**<br>**LLC, and AMOS GELB,**<br>**Defendants.**<br>_____<br><br>**WASHINGTON MEDIA INSTITUTE,**<br>**LLC,**<br>**Counterclaimant,**<br><br>**v.**<br><br>**DANIEL MILTON,**<br>**Counterclaimant Defendant.** | **Case No. 15-cv-1430 (RCL)** |

## ORDER

UPON CONSIDERATION of Parties' Joint Correspondence Requesting The Court To Stay The Matter For Settlement Discussions, any arguments in support thereof, and any opposition thereto, it is hereby

**ORDERED** that Parties' Request is **GRANTED**; and it is hereby

**ORDERED** that all deadlines up to and including March 4, 2016, will be stayed while the parties discuss potential settlement.

**SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on February 19, 2016.